## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ALLIE CHESTER,                          )
                                        )
    Plaintiff,                      )
                                        )
v.                                      )    Case No. CIV-26-505-G
                                        )
JIM DYKES,                              )
                                        )
    Defendant.                      )

## ORDER

Plaintiff Allie Chester filed this civil action and applied for leave to proceed *in forma pauperis*.  On April 24, 2026, Magistrate Judge Suzanne Mitchell  issued a Report and Recommendation (Doc. No. 8) recommending that Plaintiff's request for leave to proceed *in forma pauperis* be denied.

In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object to the Report and Recommendation by May 15, 2026.  Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not filed an objection to the Report and Recommendation or sought additional time to do so.

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 8) in its entirety.  Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is DENIED.

2

Plaintiff is advised that unless he pays the remaining $392.00 owed on his filing fee in full to the Clerk of the Court within 21 days of the date of this Order, or shows good cause for his failure to do so, this action shall be subject to dismissal without prejudice. *See* Doc. No. 9; LCvR 3.3(e).

IT IS SO ORDERED this 30th day of June, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2